H. Ty Kharazi, SBN 187894
YARRA, KHARAZI AND CLASON
2000 Fresno St. Ste. 300
Fresno, CA 93721
Tel (559) 441-1214
Fax (559) 441-1215

ATTORNEY FOR:   EITEL MENDOZA CHAVEZ

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EITEL MENDOZA CHAVEZ,<br><br>    Defendant. | Case No.: **1:13-CR-00266-AWI-BAM**<br><br>**STIPULATION TO MOVE HEARING AND ORDER**<br><br>Date: **February 24, 2014**<br>Time: **1:00 p.m.**<br>Judge:<br>**Hon. Magistrate Barbara A. McAuliffe** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference now set for February 24, 2014 at 1:00 p.m. before the Magistrate Judge Barbara A. McAuliffe be moved to a Change of Plea hearing to be heard before the Honorable District Judge, Anthony W. Ishii at 10:00 a.m. on February 24, 2014.

This change is necessary because the parties have reached a resolution of the matter and would like to have the plea change take place on that date.

Dated: January 30, 2014                              YARRA, KHARAZI & CLASON

/s/H. Ty Kharazi

_____
H. TY KHARAZI, Attorney for Defendant
Eitel Mendoza Chavez

Dated: January 30, 2014                              BENJAMIN B. WAGNER
United States Attorney

/s/Katheleen A. Servatius

_____
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

## ORDER

The Status Conference February 24, 2014 at 1:00 PM before Judge McAuliffe is moved to the February 24, 2014 at 10:00 a.m. before the Honorable District Judge, Anthony W. Ishii for a Change of Plea hearing.

IT IS SO ORDERED.

Dated:   **January 31, 2014**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE