H. Ty Kharazi, Esq. SBN 187894
Crystal B. Johnson, Esq. SBN 280847
**YARRA, KHARAZI & CLASON**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215
tkharazi@yahoo.com

Attorneys for Defendant,
EITEL MENDOZA-CHAVEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EITEL MENDOZA-CHAVEZ,<br><br>Defendant. | Case No. 1:13CR00266-001 AWI<br><br>**STIPULATION TO MOVE HEARING AND ORDER**<br><br>Date:   May 5, 2014<br>Time:   10:00 a.m.<br>Dept:    2<br>Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing Hearing now set for May 5, 2014 at 10:00 a.m. before the Honorable District Judge Anthony W. Ishii be moved to be heard on May 19, 2014 at 10:00 a.m. in Courtroom 2.

This change is necessary in order to allow Mr. Mendoza to complete his debriefing interview prior to sentencing.

Dated: April 29, 2014                              Respectfully submitted,

                                                    **YARRA, KHARAZI & CLASON**

                                                    /s/H. Ty Kharazi
                                                    _____
                                                    H. TY KHARAZI, Attorney for Defendant,
                                                    Eitel Mendoza Chavez

Dated: April 29, 2014               BENJAMIN B. WAGNER
                                    **United States Attorney**

                                    /s/Katheleen A. Servatius

                                    _____
                                    KATHLEEN A. SERVATIUS, Assistant U.S. Attorney

### **ORDER**

The Sentencing Hearing is moved to May 19, 2014 at 10:00 a.m. in Courtroom 2 before the Honorable District Judge, Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  April 30, 2014              _____
                                    SENIOR DISTRICT JUDGE