H. Ty Kharazi, Esq. SBN 187894
Crystal B. Johnson, Esq. SBN 280847
**YARRA, KHARAZI & CLASON**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215
tkharazi@yahoo.com

Attorneys for Defendant,
EITEL MENDOZA-CHAVEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EITEL MENDOZA-CHAVEZ,<br><br>Defendant. | Case No. 1:13CR00266-001 AWI<br><br>**STIPULATION TO MOVE HEARING AND ORDER**<br><br>Date:   May 19, 2014<br>Time:   10:00 a.m.<br>Dept:   2<br>Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing Hearing now set for May 19, 2014 at 10:00 a.m. before the Honorable District Judge Anthony W. Ishii be moved to be heard on June 16, 2014 at 10:00 a.m. in Courtroom 2. This change is necessary in order to allow Mr. Mendoza to complete his debriefing interview prior to sentencing. This is the second request for continuance, because Mr. Mendoza is housed in Lerdo facility and the debriefing is to take place in Fresno County. Therefore, additional accommodation is required to transport him from Kern County to Fresno County for this purpose.

Counsel for each side are hopeful to complete this process before the next sentencing date. Attorney Crystal B. Johnson will represent Defendant in that proceeding.

Dated: May 13, 2014                             Respectfully submitted,

**YARRA, KHARAZI & CLASON**

/s/H. Ty Kharazi
_____
H. TY KHARAZI, Attorney for Defendant,
Eitel Mendoza Chavez

Dated: May 13, 2014                             BENJAMIN B. WAGNER
**United States Attorney**

/s/Kathleen A. Servatius
_____
KATHLEEN A. SERVATIUS, Assistant U.S. Attorney

### **ORDER**

The Sentencing Hearing is moved to June 16, 2014 at 10:00 a.m. in Courtroom 2 before the Honorable District Judge, Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   May 14, 2014                           _____
                                                 SENIOR DISTRICT JUDGE

YARRA, KHARAZI
& CLASON
2000 Fresno St., Ste. 300
Fresno, CA 93721

2
STIPULATION TO MOVE HEARING
CASE NO. 1:13CR00266-001 AWI